# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CLARENCE JEFFERSON,**

    **Plaintiff,**

v.                                                        Case No.  8:05-cv-809-T-30MSS

**CASUAL RESTAURANT CONCEPTS, INC.,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement (Dkt. #37) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2006.

                                                            */s/ James S. Moody, Jr.*
                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-809.dismissal 37.wpd